**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | |
|---|---|
| In re:  Joshua Aaron Johnson | Case No. 25-20182-dll |
| Megan Rachael Johnson | Chapter 13 |
| Debtors | Hon. Douglas L. Lutz |
| | United States Bankruptcy Judge |

**ORDER EXTENDING TIME TO FILE**

Debtors having filed a motion to extend the time to file Schedules A−H and other lists, applications, disclosures and declarations, a chapter 13 plan, and to transmit certain documents to the Chapter 13 Trustee; this being otherwise sufficiently advised, **IT IS ORDERED:**

The deadlines to: (1) transmit certain documents to the chapter 13 trustee; (2) file Schedules A−H and other lists, applications, disclosures and certain declarations required by the Code; and (3) file a chapter 13 plan with the Court are extended by 14 days.

**SO ORDERED**,

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Douglas L. Lutz*
**Bankruptcy Judge**
**Dated: Wednesday, March 26, 2025**
(dll)