**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION**

**IN RE:
JOSHUA AARON JOHNSON**                                                **CASE NO. 25-20182**
**MEGAN RACHEAL JOHNSON**

**DEBTOR(S)**

**TRUSTEE'S REPORT AND
RECOMMENDATION AS TO CONFIRMATION**

Confirmation: NOT RECOMMENDED.

☒ The Trustee needs these documents as discussed at the meeting of creditors:

    ☒ Tax Return(s) <u>2024</u>
    ☒ pay stubs from Debtor 1 new job

☒ The plan does not meet the liquidation test. $51,160 must go to unsecured creditors. A "pool" amount of $170,496 is required. Any increases in secured claims will require a like increase in the pool amount.

☒ Plan payments are past due.

                                          Beverly M. Burden, Chapter 13 Trustee

                                          By: <u>/s/ Cheryl E. James</u>
                                               Cheryl E. James,
                                               Attorney for Trustee
                                               P.O. Box 2204
                                               Lexington KY  40588
                                               (859) 233-1527
                                               <u>notices@ch13edky.com</u>

CERTIFICATE OF SERVICE

The foregoing has been served via ECF on April 21, 2025.

                                      Beverly M. Burden, Chapter 13 Trustee

                                      By: /s/ Cheryl E. James
                                          Cheryl E. James,
                                          Attorney for Trustee

Dolores Dennery